NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS DISCOVERY LLC,**
*Plaintiff-Appellant*

**v.**

**COFFEE MEETS BAGEL, INC., DOWN APP, INC., GRINDR, INC., HILY CORP.,**
*Defendants-Appellees*

---

2023-1583, 2023-1584, 2023-1591, 2023-1592

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00478-GBW, 1:22-cv-00479-GBW, 1:22-cv-00481-GBW, 1:22-cv-00482-GBW, Judge Gregory Brian Williams.

---

## JUDGMENT

---

NAGENDRA SETTY, Setty Chachkes PLLC, Seattle, WA, argued for plaintiff-appellant.  Also represented by ALEX V. CHACHKES, New York, NY; WILLIAM PETERSON RAMEY, III, Ramey LLP, Houston, TX.

LANCE E. WYATT, JR., Fish & Richardson P.C., Dallas, TX, argued for defendants-appellees.  Also represented by NEIL J. MCNABNAY.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2024
Date

Jarrett B. Perlow
Clerk of Court